UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-02328-DDP-PJW | Date | April 5, 2019 |
|---|---|---|---|
| Title | Elsa Chavez v. JPMorgan Chase Bank et al | | |

| Present: The Honorable | DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS ) ORDER

In light of the Notice of Settlement filed April 3, 2019, the Court sets a hearing on Order to Show Cause Re Dismissal for April 22, 2019 at 10:00 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

00 : 00

Initials of Preparer   PG